In the Matter of the Transfer Tax upon the Estate of
VARONA DE CORDOVA, Deceased.

THE TAX COMMISSION OF THE STATE OF NEW YORK,
Appellant;   EVELYN   DE   CORDOVA,   as   Executrix,
Respondent.

*Transfer tax — where final vesting of estate is uncertain and transfer
tax is accordingly fixed at highest rate order should be resettled so as
to show minimum as well as maximum amount of tax.*

*Matter of De Cordova,* 199 App. Div. 492, affirmed.
(Argued June 2, 1922; decided July 12, 1922.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
January 13, 1922, which reversed an order of the New
York County Surrogate's Court denying a motion to
resettle the order assessing a transfer tax upon the estate
of Varona de Cordova, deceased.   Under the will of
testator, the rights, interests and estate of the transferees
were dependent upon conditions whereby they might be
defeated or abridged, and consequently in transfer tax
proceedings the appraiser reported and the order fixing
the tax provided for the payment of the tax at the highest
rate possible under the Transfer Tax Law.   The executrix
paid the tax under protest, and made a motion to have
the order fixing the tax amended so as to fix the minimum
as well as the maximum amount of tax in order that the
question of her right to the benefits of chapter 800 of
the Laws of 1911 might be fairly presented for adjudication.

*Schuyler   C.   Carlton* and *Lafayette   B.   Gleason* for
appellant.

*Joseph G. Deane* and *Philip A. Walter* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND,
McLAUGHLIN, CRANE and ANDREWS, JJ.